FILED
CLERK, U.S DISTRICT COURT

JUL - 7 2008

CENTRAL DIST...
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>V.M. ALMAGER, Warden,<br><br>        Respondent. | Case No. EDCV 07-0619-AHS (JTL)<br><br>**J U D G M E N T** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: JUL - 7 2008

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE